Motion GRANTED.

*[Signature: Aleta A. Trauger]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Case No. 1:12-00010 |
| v. ) | Aleta Trauger |
| ) | U.S. District Court Judge |
| ) | |
| MELINDA ANNETTE BUIE. ) | |

**MOTION TO JOIN DEFENDANT CHAPMANS MOTION FOR CONTINUANCE**

Comes now the Defendant, by and through her counsel Luke A. Evans, and would move this Court to allow her to join Defendant Chapman's First Motion for Continuance of Trial (Document 49) as she is similarly situated. In support of her motion, Defendant submits her Waiver of Speedy Trial attached hereto as Exhibit 1.

WHEREFORE, Premises Considered, the accused moves for the relief stated herein.

Respectfully submitted,

BULLOCK, FLY, HORNSBY & EVANS

/s/ Luke A. Evans
LUKE A. EVANS, BPR #23620
Attorney for Defendant
302 North Spring Street
P. O. Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154