Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:12-cr-00010 |
| | ) | |
| BENJAMIN RILEY BRADLEY | ) | JUDGE TRAUGER |

_____

MOTION TO SEAL DOCUMENT
_____

Comes now the Defendant, Benjamin Riley Bradley, by and through counsel and hereby requests the document filed as docket entry 63 be sealed. Counsel for the Defendant inadvertently neglected to file the document as a SEALED DOCUMENT on the PACER system despite having previously filed a motion requesting that it not be disclosed to the public or through the PACER system. Counsel for the Defendant regrets the error and hereby respectfully requests that docket entry 63 be properly sealed.

Respectfully submitted,

/s/ James O. Martin, III
JAMES O. MARTIN, III, BOPR # 18104
*Bell, Tennent & Frogge, pllc*
Bank of America Plaza
414 Union Street, Suite 904
Nashville, TN 37219
(615) 244-1110/(615) 244-1114 - fax
jaymartinlaw@gmail.com