IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-00010 |
| | ) | Judge Trauger |
| | ) | |
| [1] BENJAMIN RILEY BRADLEY | ) | |
| [2] MELINDA ANNETTE BUIE | ) | |
| [3] LINDA CHAPMAN | ) | |
| [4] JAMES ENGLISH PIERCE | ) | |
| [5] DEREK WAYNE TURNER | ) | |

**O R D E R**

Defendant Bradley has filed a Motion to Continue The Trial, presently set for April 23, 2013, and all defendants and the government have indicated their concurrence in this motion. It is therefore **ORDERED** that defendant Bradley's Motion to Continue Trial is **GRANTED**, conditioned upon the timely filing of waivers of speedy trial by all five defendants. By separate order, the trial is being reset as to all five defendants for June 18, 2013.

It is so **ORDERED.**

Enter this 18th day of April 2013.

_____
ALETA A. TRAUGER
United States District Judge